United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 16, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-41763
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MARISOL BERBER-RAMIREZ

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:06-CR-380-ALL

Before REAVLEY, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Marisol Berber-Ramirez appeals from her 24-month sentence resulting from her guilty-plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326. Berber-Ramirez argues that the district court misapplied the Sentencing Guidelines by characterizing her state felony conviction for possession of a controlled substance as an "aggravated felony" for purposes of U.S.S.G. 2L1.2(b)(1).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We review Berber-Ramirez's challenge to the district court's application of the Sentencing Guidelines de novo.  See United States v. Villegas, 404 F.3d 355, 359-61 (5th Cir. 2005).  As the Government concedes, Berber-Ramirez's argument has merit in light of the Supreme Court's decision in Lopez v. Gonzales, 127 S. Ct. 625 (2006).  See United States v. Estrada-Mendoza, 475 F.3d 258, 259-61 (5th Cir.), cert. denied, 127 S. Ct. 1845 (2007).  Accordingly, Berber-Ramirez's sentence is vacated, and the case is remanded for resentencing in light of Lopez.

SENTENCE VACATED; REMANDED FOR RESENTENCING.